# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2820

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Francisco Silva-Perez, also known as | * | [UNPUBLISHED] |
| Francisco Delacruz-Vargas, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: December 12, 2000

Filed: December 19, 2000

_____

Before LOKEN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Francisco Silva-Perez appeals his conviction for conspiracy to distribute and aiding and abetting the possession of illegal drugs. Silva-Perez argues the evidence was insufficient to convict him of either crime and there was a fatal variance between the indictment and the evidence. Having carefully considered the briefs, the record, and the applicable law, we conclude Silva-Perez's arguments are meritless and thus affirm Silva-Perez's conviction. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.